**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Peggy Lenoir,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Albertsons, LLC,<br><br>　　　　　　Defendant(s). | 2:23-cv-01066-RFB-MDC<br><br>**Order** |

　　　　I ORDER that the *Stipulation to Extend Discovery Plan and Scheduling Order* (ECF No. 13) is DENIED WITHOUT PREJUDICE TO REFILE for failure to comply with LR 26-3. The request was made after the expiration of the deadline to amend pleadings expired. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable negligence. The parties may resubmit the stipulation in compliance with LR 26-3.

　　　　DATED this 17th day of January 2024.

　　　　IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge