**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
*Attorneys for Defendant,*
*ALBERTSONS LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PEGGY LENOIR, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTSONS LLC, DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive<br><br>    Defendants. | CASE NO.: 2:23-cv-01066-RFB-MDC |

### MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST

Pursuant to Local Rule IA 11-6, LEW BRANDON, JR., ESQ. and RYAN VENCI, ESQ.,respectfully move the court for an order removing attorney Danielle Kolkoski, Esq. (NevadaBar No. 8506), email address d.kolkoski@bsnv.law, from the electronic service list as he is no longer counsel of record for ALBERTSONS LLC.  Danielle Kolkoski, Esq. is no longer an attorney with BRANDON | SMERBER LAW FIRM.  Ms. Kolkoski's removal will not delay these proceedings because BRANDON | SMERBER LAW FIRM will remain counsel for ALBERTSONS LLC. Accordingly, there is good cause to justify granting Ms. Kolkoski's

/ / /

removal from the electronic service list in this case.

DATED this 19th day of August 2024.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 8/20/24